IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT DARREN WINSLOW,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4747

Opinion filed January 6, 2015.

An appeal from an order of the Circuit Court for Nassau County.
Robert M. Foster, Judge.

William J. Sheppard, Elizabeth L. White, Matthew R. Kachergus and Bryan E. DeMaggio, of Sheppard, White, Kachergus & DeMaggio, P.A., Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.